STATE of Missouri, Respondent,

v.

**Dominick KENNEDY, Appellant.**

No. ED 103522

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: October 25, 2016

Matthew W. Huckeby, St. Louis, MO, for Appellant.

Chris A. Koster, Attorney General, Shaun J. Mackelprang, Asst. Attorney General, Jefferson City, MO, for Respondent.

Before Angela T. Quigless, P.J. and Robert G. Dowd, Jr. and Lisa Van Amburg, JJ.

### ORDER

PER CURIAM.

Dominick Kennedy appeals the judgment entered on his conviction after a jury trial for robbery in the first degree and armed criminal action. Finding no error, we affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).